**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CATHERINE LAROSA, *et. al.*

      Defendants

Case No.: 8:19-cv-3181-DKC

**JOINT STATUS REPORT**

In response to the request dated June 16, 2021 (ECF No. 31), Defendant, Catherine Loretta LaRosa ("Mrs. LaRosa"), and as Trustee of the Catherine Loretta LaRosa Revocable Trust (hereinafter "the Trust"), also a Defendant in this action, and Plaintiff hereby advise the Court of the following regarding the status of this matter:

1.     This is an action filed by the United States to foreclose a judgment lien pursuant to 26 U.S.C. ("I.R.C.") §§ 7402 and 7405 and 28 U.S.C. §§ 1331, 1345, and 3201.

2.     The Complaint in this action was filed on October 31, 2019.

3.     On January 21, 2020, Mrs. LaRosa filed a Motion to Stay proceedings in this matter pending a determination by the Internal Revenue Service ("IRS") and, if necessary, a final decision by the U.S. Tax Court on the merits of her Request for Innocent Spouse Relief under I.R.C. § 6015(f).  (ECF Doc. No. 10)

**PAGE 1 OF 4**

UNITED STATES V. LAROSA
8:19-CV-3181
JOINT STATUS REPORT

4.      On January 23, 2020, the Court issued a paperless Order granting Mrs. LaRosa's Motion for Extension of Time to file an answer to the Complaint.  (ECF Doc. No. 13)

5.      On April 21, 2020, the Court issued an order granting Mrs. LaRosa's Motion for Stay, staying the case until August 10, 2020 or until further order of the Court, whichever occurs first.  (ECF Doc. No. 17)

6.      On May 13, 2020, the Court issued a paperless Order including the Catherine Loretta LaRosa Revocable Trust in the Stay entered on April 21, 2020.  (ECF Doc. No. 25)

7.      On June 26, 2020, Mrs. LaRosa filed a Notice under Seal with respect to the Court's consideration of the appointment of a guardian *ad litem* in this matter.  (ECF Doc. No. 27)

8.      In response to the COVID-19 pandemic, on April 9, 2020, the Internal Revenue Service issued Notice 2020-23, which extended the deadline for filing a petition with the United States Tax Court until July 15, 2020 for all statutory filing deadlines that would have expired on or after April 1, 2020 and before July 15, 2020.

9.      On July 10, 2020, the United States Tax Court resumed receiving mail and resumed allowing hand-delivery of petitions.

10.     On July 10, 2020, Defendant, Mrs. LaRosa, filed a petition with the United States Tax Court ("Tax Court") seeking a redetermination of relief from joint and several liability under IRC § 6015 with respect to the liabilities at issue in the instant case, which relief was denied by the Internal Revenue Service by letter dated January 24, 2020.  The petition was assigned docket number 10164-20.

**PAGE 2 OF 4**

**UNITED STATES V. LAROSA**
**8:19-CV-3181**
**JOINT STATUS REPORT**

11.    The Commissioner of the Internal Revenue Service ("Commissioner") filed a motion to dismiss the petition for lack of jurisdiction in the Tax Court on November 10, 2020.

12.    Defendant, Mrs. LaRosa, filed an objection to the motion to dismiss for lack of jurisdiction in the Tax Court on January 4, 2021.

13.    On February 16, 2021, the Commissioner filed a reply to Mrs. LaRosa's objection in the Tax Court.

14.    On April 7, 2021, Mrs. LaRosa filed a sur-reply to the Commissioner's reply in the Tax Court.

15.    On June 21, 2021, the Center for Taxpayer Rights and Federal Tax Clinic at the Legal Services Center of Harvard Law School ("HLS") filed in the Tax Court a motion for leave to file as amicus curiae and lodged an amicus brief in support of the petitioner.

16.    On information and belief, the Commissioner opposes the motion of HLS for leave to file an amicus brief and will be filing a formal opposition.

17.    The parties' briefing of the jurisdictional matter pending in the Tax Court is complete and the parties are awaiting an order in response to the briefings or a scheduling order setting a hearing date on the motion, as the Tax Court deems appropriate.

18.    If the Tax Court denies the Commissioner's motion to dismiss, the Commissioner will be required to file an answer to the petition and the Tax Court proceeding will continue with an adjudication of the merits of Mrs. LaRosa's claims for relief from joint and several liability under 26 U.S.C. § 6015(f).

**PAGE 3 OF 4**

**UNITED STATES V. LAROSA**
**8:19-CV-3181**
**JOINT STATUS REPORT**

19.     Wherefore, the parties to this action submit that the stay entered by the Court in the instant proceeding should be extended until the Tax Court renders a final decision in the pending Tax Court matter.

Respectfully submitted this 30th day of June, 2021.

/s/ *Ward W. Benson*
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

*Counsel for the United States of America*

/s/ *Paul T. Butler*
PAUL T. BUTLER
USDC, MD Bar No. 23490
Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Suite 260
Washington, DC 20001
Tel.: (202) 875-8000
Fax: (212) 808-8108
Email:  pbutler@kflaw.com

/s/ *Caroline D. Ciraolo*
CAROLINE D. CIRAOLO
USDC, MD Bar No. 11850
Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Suite 260
Washington, DC 20001
Tel.: (202) 790-6991
Fax: (212) 808-8108
Email:  cciraolo@kflaw.com

*Counsel for Defendants, Catherine L. LaRosa and the Catherine Loretta LaRosa Revocable Trust*

**PAGE 4 OF 4**

**UNITED STATES V. LAROSA**
**8:19-CV-3181**
**JOINT STATUS REPORT**